IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Moore, James C

Printed: 2/19/08

Case Number: 07 B 15871
Judge: Goldgar, A. Benjamin
Filed: 8/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 11, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 2,500.00 |
| Totals: | 2,500.00 | 2,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 2. | Pentagon Federal Credit Union | Secured | 30,735.11 | 0.00 |
| 3. | Pentagon Federal Credit Union | Secured | 23,703.29 | 0.00 |
| 4. | Carrington Mortgage Services, LLC | Secured | 47,421.55 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 12,000.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 118.87 | 0.00 |
| 7. | Wea Southlake LLC | Unsecured | 46,848.04 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 56.33 | 0.00 |
| 9. | Wells Fargo Bank | Unsecured | 78.05 | 0.00 |
| 10. | Purdue University | Unsecured | 149.41 | 0.00 |
| 11. | Fedex | Unsecured |  | No Claim Filed |
| 12. | Chase | Unsecured |  | No Claim Filed |
| 13. | Carson Pirie Scott | Unsecured |  | No Claim Filed |
| 14. | Corvette Mastercard | Unsecured |  | No Claim Filed |
| 15. | Pentagon Federal Credit Union | Unsecured |  | No Claim Filed |
| 16. | Union Plus | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 161,110.65 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Moore, James C | Case Number:  07 B 15871 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/19/08 | Filed:  8/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

